UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER FRATUS,  )
  )
    Plaintiff,  )      01-12304 PBS
v.  )   CIVIL ACTION NO.
  )
JOSEPH LEMOURE,  )
  )
    Defendant.  )

## COMPLAINT

### INTRODUCTION

1. This is an action for money damages brought against a Boston police officer for violations of the plaintiff's constitutional rights along with state tort claims. Plaintiff alleges that a Boston police officer stopped the car he was riding in as a passenger, took him out of the car and struck him because the officer thought Mr. Fratus had "given him the finger." Mr. Fratus was not arrested or charged with any crime as a result of this incident. He suffered injuries including an incomplete temporal bone fracture and pain in his temporomandibular joint (TMJ).

### JURISDICTION

2. This action is brought pursuant to 42 U.S.C. §§1983 and 1988, the Fourth, and Fourteenth Amendments to the United States Constitution. Jurisdiction is founded upon 28 U.S.C. §§1331 and 1343. Plaintiff further invokes the pendent jurisdiction of this Court to hear and decide claims arising under M.G.L. ch. 12, §11 and Massachusetts tort law.

**PARTIES**

3. Plaintiff Peter Fratus was at all times material to this complaint a resident of the Commonwealth of Massachusetts.

4. Defendant Joseph Lemoure was at all times material to this complaint a police officer in the City of Boston. His actions alleged in this complaint were taken under color of the laws of the Commonwealth of Massachusetts and the City of Boston. He is sued in his individual capacity.

**FACTS**

5. On Saturday, June 24, 2000, plaintiff was a passenger in a car that drove past the East Boston police station.

6. Mr. Fratus noticed an officer standing in front of the station as they passed.

7. Minutes later, defendant Boston police Sgt. Joseph Lemoure stopped the car Mr. Fratus was riding in. Sgt. Lemoure walked directly from his police car to the passenger side of the civilian car.

8. Defendant Lemoure reached into the car and opened the passenger side door. Then he grabbed Mr. Fratus by his shirt, ripping it, and dragged him from the car.

9. Defendant Lemoure threw Mr. Fratus to the ground. Sgt. Lemoure then struck Mr. Fratus while saying, "Who's the tough guy now?" Lemoure threw Mr. Fratus against the side of the car, before shoving him back into the passenger seat.

10. Mr. Fratus suffered multiple blows to the head during this attack.

11. While he assaulted Mr. Fratus, Sgt. Lemoure said "you gave me the finger" while the car drove past the East Boston police station.

12. Mr. Fratus did not display his middle finger at Sgt. Lemoure. Even if he had, it would not justify defendant Lemoure's conduct.

13. Mr. Fratus was neither arrested nor charged with any crime as a result of this incident.

14. Mr. Fratus lost consciousness for a few seconds after the beating. He experienced nausea, dizziness, headaches and periodic vomiting since the incident. Mr. Fratus was given a CAT scan at the hospital and was diagnosed with an incomplete temporal bone fracture. He still has persistent pain in his temporomandibular joint (TMJ) as a result of this injury. In addition, Mr. Fratus endured physical pain and suffering and emotional suffering.

**COUNT ONE:**  **42 U.S.C. § 1983**

15. The above paragraphs are incorporated by reference.

16. Defendant Lemoure used unreasonable force on plaintiff.

17. By the actions described above, defendant Lemoure deprived the plaintiff of the following clearly established and well-settled rights:

    a. freedom from an unreasonable seizure of his person; and

    b. freedom from the use of unreasonable force.

18. Defendant Lemoure deprived plaintiff of clearly established and well-settled constitutional rights. He acted with reckless disregard for plaintiff's constitutional rights.

19. As a direct and proximate result of this conduct, plaintiff suffered the injuries described above.

## COUNT TWO:   M.G.L. C.12, §11I

20. The above paragraphs are incorporated by reference.

21. The defendant's conduct deprived plaintiff of his rights under federal and state law by threats, intimidation and coercion thereby violating the Massachusetts Civil Rights Act.

22. As a direct and proximate result of this conduct, plaintiff suffered the injuries described above.

**WHEREFORE**, the plaintiff requests that this court:

1. Award compensatory damages;

2. Award punitive damages against the defendant;

3. Award the costs of this action, including reasonable attorney's fees to the plaintiff; and

4. Award such other and further relief as this Court may deem necessary and appropriate.

## JURY DEMAND

A jury trial is hereby demanded.

RESPECTFULLY SUBMITTED,

*[signature]*

Howard Friedman
BBO #180080
Myong J. Joun
BBO #645099
**Law Offices of Howard Friedman**
90 Canal Street, Fifth Floor
Boston, MA 02114-2022
(617) 742-4100

Date: 12/21/01